**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Douglas E. Kroner Jr.
    Bankruptcy Case No.  1-08-02089
    Unclaimed Funds For: Chase Manhattan
                        PO Box 830112
                        Baltimore MD 21283

Dear Clerk:

Enclosed herewith please find check No.748746 for $1,169.10 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager

FILED
HARRISBURG, PA
2009 AUG -7 AM 7:31
CLERK U.S. BANKRUPTCY COURT